# UNITED STATES DISTRICT COURT
## IN THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, </br></br> Plaintiff, </br></br> vs. </br></br> PASSPORT INTERNATIONAL(E), INC., </br> INCENTIVE INTERNATIONALE TRAVEL, INC., </br> DIRECT MAIL EXPRESS, INC. </br> U.S. TRADE DISTRIBUTORS, INC. </br> DAVID SALTRELLI, and </br> MICHAEL PANAGGIO, </br></br> Defendants. | Case No. 92-275-CIV-ORL-20 </br></br> RELEASE OF LIS PENDENS |

NOTICE IS HEREBY GIVEN that on this day of April 6, 2006, the Notice of Lis Pendens filed on April 15, 1992 is released for the following property recorded in Official Record Book 298, Page 0866, in the Public Records of Okeechobee County, Florida:

> Parcel #R12234330A00 00009 A0000, East Half of the East Half of the North Half of the North Half, Track 092234S33E, 1.5 acres.

Respectfully submitted,

Daniel Salsburg
Attorney for the Federal Trade Commission
600 Pennsylvania Ave., NW, Room 238
Washington, D.C. 20580
(202) 326-3402